■ In the Matter of DON LEWIS et al., Appellants, v MATTHEW W. SPERLING, Respondent, et al., Respondent. [646 NYS2d 754] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered August 19, 1996, unanimously affirmed on the decision of Shainswit, J. and the report of the Special Referee, without costs and disbursements. No opinion. Concur—Rubin, J. P., Williams, Tom, Mazzarelli and Andrias, JJ.